## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 386 MAL 2024 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the **Unpublished** |
| v. | : | **Memorandum and Order** of the |
| | : | Superior Court at No. 1523 MDA |
| | : | 2023 entered on July 18, 2024, |
| CODY EDWARD SAUM, | : | **affirming** the Judgment of Sentence |
| | : | of the Adams County Court of |
| Petitioner | : | Common Pleas at No. CP-01-CR- |
| | : | 0000168-2023 entered on October |
| | | 16, 2023 |

## <u>ORDER</u>

**PER CURIAM**                                    **DECIDED: June 27, 2025**

**AND NOW**, this 27th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and the case is **REMANDED** to that court for reconsideration in light of *Commonwealth v. Shifflett*, 2025 WL 1554603 (Pa. filed May 30, 2025).